



THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

" SECOND AMENDED COMPLAINT"

**The Parties to This Complaint**

Case No. 23-CV-856 (PKC) (VMS)

GARFIELD W. WRIGHT

 **-against**

**Defendant**                    Jury Trial: ✔☐ Yes ☐ No *(check one*

*BROOKLYN HOSPITAL CENTER*

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: GARFIELD W. WRIGHT

Street Address C/o 50 Legion Street,Apt:15A

City and County: Brooklyn, Kings County

State and Zip Code: New York, [11212]

Telephone Number :347 484 899
E-mail Address ibo72981@gmail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

THE BROOKLYN HOSPITAL CENTER

Street Address: 121 Dekalb Ave

City and County: Brooklyn , Kings Count
State and Zip Code : New York, 11201

Telephone Number: 781 250- 8000

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name: THE BROOKLYN HOSPITAL CENTER

Street Address: 121 Dekalb Ave

City and County Brooklyn ,Kings County
State and Zip Code: New York, 11201

Telephone Number: 347 484 8996

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

✔ ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

✔☐ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☐ Retaliation.

✔☐ Other acts *(specify)*: Religious Discrimination

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

On about July or August of 2021, I was told by management at THE

BROOKLYN

HOSPITAL CENTER that it would be implementing Covid-19 policies but it

wasn't mandatory for me to take the Covid-19 vaccine. It was stated that it would

not affect my employment if I chose not to take it.

The Hospital even put out a memo stating that if an employee choose not to take the Covid-19 Vaccine, it would not affect their employment with the hospital.

Prior to September 26, 2021 Management came to me using threats and coercion stating that if i didn't take the Covid-19 vaccine that I would be terminated. I refused their offer and demands by invoking my sincerely religious belief against taking the Covd-19 vaccine.

During that ordeal, I followed other rules by wearing a mask and doing weekly testing which management said was not enough. I told management and the hospital that they are violating my sincerely held belief and all my pleas were ignored.

I even asked the hospital to honor the original contract that I signed when I first applied for the job and they still did not honor the contract.

They said that I was causing undue hardship on the facility which they haven't proven. I tried to compromise with management on all levels but all of my words fell on deaf ears.

During this back and forth with management I applied for a religious exemption which management took and held on for weeks without giving any feedback as to the status of my exemption. When I pressed

for inquiries as to the status of the document I submitted, a week later I

was giving a reply that my religious exemption was denied.

On December 1st of 2021, I was walked out of the hospital and placed on leave

of suspension without pay which I am still currently on.

THE BROOKLYN HOSPITAL CENTER has failed to give me a termination

letter since I was walked out of their facility.

It's been 17 months now that I have been out without a job.It's been a struggle

trying to get a new job. I cannot elevate my life or take care of my family

which

is very hard on me at this moment . I am on government assistance which I don't want to do but I

have no choice at this moment because I have to buy the basics such as food and toiletries which

I cannot afford.

C. I believe that defendant(s) *(check one)*:

✔☐ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____
☐ color_____
☐ gender/sex _____
✔☐ religion _____
☐ national origin _____
☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a*

*claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

_____

E. The facts of my case are as follows. Attach additional pages if needed.

In July or August of 2021 I was approached by management at The BROOKLYN HOSPITAL CENTER to take the Covid 19 vaccine which they stated was voluntary.

Prior to September 26th 2021 i was again approach by said managements of coercion and threats to take the vaccine which i refused based upon my sincerely held religious belief_____ On December

1st, 2021 I was suspended and placed on leave of suspension

which I am currently on. I have never received a terminated letter from my employer._____

On 3/8/22 I filed a complaint with the EEOC where the case manager tried to get my employer to meet but the meeting was rejected by my employer.

On 11/17/2022 the EEOC stated that they will not " proceed further with this investigation" and I was issued a DETERMINATION AND NOTICE OF RIGHTS document to pursue filing a lawsuit.

Presently, I am pursuing this matter against my employer in the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

**IV. Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

03/28/2022

B. The Equal Employment Opportunity Commission *(check one)*:
    ☐ has not issued a Notice of Right to Sue letter.

    ✔☐ issued a Notice of Right to Sue letter, which I received on *(date)*
    11/17/2022.

    *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.
    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

    ☐ 60 days or more have elapsed.
    ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief and damages I am seeking from this court is that I am kindly and humbly requesting this court to force The Brooklyn Hospital Center to reinstate me back into my job position and give me all of my back pay that is owed to me.

I am also seeking $2,000 000.00 in compensation for the mental abuse, depression, and emotional trauma that I have suffered and endured- when my livelihood and means of income was stripped from me just because I held firmly to my religious belief_against taking the Covid-19 vaccine.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. Date of signing: 05/22/, 2023

Signature of Plaintiff: GARFIELD W. WRIGHT/PRINCIPAL

By: Garfield-Warren: Wright/Agent

Printed Name of Plaintiff : GARFIELD W. WRIGHT

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/17/2022

**To:** Garfield W. Wright
C/0 50 Legion street, apt.15A
BROOKLYN, NY 11212
Charge No: 520-2022-02298

EEOC Representative and email:   Madeline McGrath
Investigator
madeline.mcgrath@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
11/17/2022
Timothy Riera
Acting District Director

 **The Brooklyn Hospital Center**

*Keeping Brooklyn healthy.*

| PFIZER BIONTECH LOT # EN6204 |
|:---:|
| **LA    RA** |

## COVID-19 Immunization Screening and Consent Form

| Recipient Name (please print) | | Preferred Name | |
|---|---|---|---|
| FIRST **GARFIELD** | LAST **WRIGHT** | | |

| Address **c/o 50 Legion St, apt: 15A Brooklyn, N.Y. [11212]** | City State Zip | DOB **3/18/67** | Legal Gender **Male** |
|---|---|---|---|

| | Screening Questionnaire | | | |
|---|---|---|---|---|
| 1. | Are you feeling sick today? | ☐ Yes | ☐ No | |
| 2. | In the last 10 days, have you had a COVID-19 test or been told by a healthcare Provider or health department to isolate or quarantine at home due to COVID-19 infection or exposure? | ☐ Yes | ☐ No | ☐ Unknown |
| 3. | Have you been treated with antibody therapy for COVID-19 in the past 90 days (3 months)? *If yes, when did you receive the last dose?* | ☐ Yes | ☐ No | ☐ Unknown |
| 4. | Have you ever had a serious or life-threatening allergic reaction, such as hives or difficulty breathing, to any vaccine or shot? | ☐ Yes | ☐ No | ☐ Unknown |
| 5. | Have you had any vaccines in the past 14 days (2 weeks) including flu shot+? *If yes, how long ago was your most recent vaccine?* | ☐ Yes | ☐ No | ☐ Unknown |
| 6. | Are you pregnant or considering becoming pregnant? | ☐ Yes | ☐ No | ☐ Unknown |
| 7. | Do you have cancer, leukemia, HIV/AIDS, a history of auto immune disease or any other condition that weakens the immune system? | ☐ Yes | ☐ No | ☐ Unknown |
| 8. | Do you take any medications that affect your immune system, such as cortisone, prednisone or other steroids, anticancer drugs, or have you had any radiation treatments? | ☐ Yes | ☐ No | ☐ Unknown |
| 9. | Do you have a bleeding disorder or are you taking a blood thinner? | ☐ Yes | ☐ No | ☐ Unknown |
| 10. | Have you received a previous dose of the COVID-19 vaccine? | ☐Pfizer ☐Moderna | ☐ No | Date: |

## Emergency Use Authorization

The FDA has made the COVID-19 vaccine available under an emergency use authorization (EUA). The EUA is used when circumstances exist to justify the emergency use of drugs and biological products during an emergency, such as the COVID-19 pandemic. This vaccine has not completed the same type of review as an FDA-approved or cleared product. However, the FDA's decision to make the vaccine available under an EUA is based on the existence of a public health emergency and the totality of scientific evidence available, showing that known and potential benefits of the vaccine outweigh the known and potential risks.

April 2021

Consent

1. In order to have the Covid-19 vaccine administered ("the Covid-19 vaccine") you must provide written informed consent by signing this document. The purpose of this informed consent is to provide you with enough information so you can understand the possible risks and benefits of receiving the Covid-19 vaccine and authorize The Brooklyn Hospital Center (Hospital) to use and disclose your health information for purposes related to review of the safety, efficacy and future use of The Covid-19 vaccine, including disclosure to the manufacturer.

2. By signing this form, I am agreeing to receive the Covid-19 vaccine, which is an investigational vaccine developed to attempt to prevent Covid-19. I have been provided and have read or had explained to me the Fact Sheet for Patients from the vaccine manufacturer (appended to this consent) before I signed this consent. I understand that if this vaccine requires two doses, two doses of this vaccine will need to be administered (given) in order for it to be effective. Therefore, I agree that (i) I will return for the second dose if I want it to be effective; (ii) I will inform Hospital prior to receiving the second dose if I have had any problems with or since the first dose; and (iii) this consent form shall apply and be in effect for both doses.

3. I have been given an opportunity to ask questions which were answered to my satisfaction (and ensured the person named above for whom I am authorized to provide surrogate consent was also given a chance to ask questions). I understand the benefits, risks, and alternatives of the vaccination as described by my provider, including knowing and agreeing that one of the alternatives is not to receive the COVID-19 vaccine.

4. Your records may be shared with the manufacturer of the Covid-19 vaccine or with any regulatory body, including the New York State or New York City immunization registries or for purpose of assessing safety and/or effectiveness of the Covid-19 vaccine or if adverse events related to the Covid-19 vaccine need to be reported.

5. Your receipt of this Covid-19 vaccine is voluntary. You may choose not to receive the vaccine. If you decide not to get the Covid-19 vaccine, it will have no effect on any services or treatment you are currently receiving from your health care provider or the Hospital or your employment at the Hospital.

6. I understand there will be no cost to me for this vaccine. I understand that any monies or benefits for administering the vaccine will be assigned and transferred to the vaccinating provider, including benefits/monies from my health insurance plan, Medicare, Medicaid or other third parties who are financially responsible for my medical care. I authorize release of all information needed (including but not limited to medical records, copies of claims and itemized bills) to verify payment and as needed for other public health purposes, including reporting to applicable vaccine registries.

7. In consideration of Hospital's agreement to administer the Covid-19 vaccine, I hereby agree to release Hospital and any of its employees, agents and representatives ("Releasees"), from any and all liability related to or in connection with the administration of the COVID-19 vaccine, regardless of the reason that I may wish to bring a claim against a Releasee, and even if Releasee(s) were negligent or careless with regards to the administration of the Covid-19 vaccine. This means that I will not sue Releasees for anything related to the administration of the Covid-19 vaccine including any future side effects. I realize that lawsuits relating to the Covid-19 vaccine may be precluded under federal law. I realize that (i) this Release covers events after the signing of this document, and that the exact nature of any injury or loss that may be claimed may not be entirely foreseeable; (ii) the terms of this Release mean that I am waiving certain rights; and (iii) if any portion of this Release is determined to be invalid or unenforceable, that portion shall be severable, and the balance of the Release shall not be affected in any way and shall continue in full legal force and effect. Any disputes will be governed by the laws of the State of New York and agree to and acknowledge the above, and wish to receive the Covid-19 vaccine.

8. I request that the COVID-19 vaccination be given to me (or the person named above for whom I am authorized to make this request and provide surrogate consent).

- I HAVE READ THOROUGHLY THIS CONSENT FORM AND THE PATIENT INFORMATION SHEET, AND ANY QUESTIONS I HAVE ABOUT GOING AHEAD WITH THE COVID-19 VACCINE AT THIS TIME HAVE BEEN ANSWERED TO MY SATISFACTION.
- I ACKNOWLEDGE THAT I HAVE HAD TIME TO CONSIDER HAVING THIS TREATMENT/PROCEDURE AND I AM MAKING A VOLUNTARY DECISION IN MY BEST INTEREST TO PROCEED WITH THE COVID-19 VACCINE, AND I HAVE CROSSED OUT ANY STATEMENTS THAT I DO NOT AGREE WITH.

By: *Garfield- Werren Wright/Agent*
For: *GARFIELD WRIGHT/Principal,    August/20/2021*

Recipient/Surrogate/Guardian (Signature)   Date / Time   ·   Print Name   Relationship to patient, if other than recipient

Telephonic Interpreter's ID #   Date / Time OR Signature: Interpreter   Date/ Time   Print:
Interpreter's Name and Relationship to Patient

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served upon :

THE BROOKLYN HOSPITAL CENTER

121 DeKalb Avenue

Brooklyn, N.Y. 11201

_____
[Insert Attorney's Name/Address and Indicate Attorney for Appellant or Appellee]

by placing the same, postage prepaid in the United States Mail on this the 22nd day of May, 20 23

By: Garfield-Walker: Wright/Agent
For: GARFIELD WRIGHT/principal
_____
[Signature]

All Rights Reserve

_____

_____
[Party's address]

[Indicate here if acting *pro se*]